**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7122**

OSCAR BARRERA,

       Plaintiff - Appellant,

v.

WEXFORD HEALTH SERVICES, INC.; DR. MAHBOOBEH MEMARSADEGHI, M.D.; DR. AVA JOUBERT-CURTIS, M.D.; CRYSTAL JAMISON, P.A.; DR. JOHN MORGAN, M.D.,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge.  (1:18-cv-01993-RDB)

Submitted:  February 20, 2020          Decided:  February 25, 2020

Before WILKINSON and KING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Oscar Barrera, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar Barrera appeals the district court's order granting summary judgment to Defendants and denying relief on his 43 U.S.C. § 1983 (2018) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Barrera v. Wexford Health Servs.*, No. 1:18-cv-01993-RDB (D. Md. July 12, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*